Ashwin J. Ram (SBN 277513)
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, California 90071
Telephone:   (213) 439-9400
Facsimile:    (213) 439-9599
*aram@steptoe.com*

Of counsel:
Michael B. Eisenberg (*pro hac vice* forthcoming)
**STEPTOE & JOHNSON LLP**
1114 Avenue of the Americas
New York, NY 10036
Telephone:   (212) 506-3931
Facsimile:    (202) 506-3950
*meisenberg@steptoe.com*

Attorneys for Plaintiff,
SEOUL SEMICONDUCTOR CO., LTD., a Korean
corporation, SEOUL VIOSYS CO., LTD., a Korean
corporation,

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEOUL SEMICONDUCTOR CO., LTD., a Korean corporation, SEOUL VIOSYS CO., LTD., a Korean corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>FEIT ELECTRIC CO., INC.,<br><br>                    Defendant. | Case No. _____<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br> **DEMAND FOR JURY TRIAL** |

Plaintiffs Seoul Semiconductor Co., Ltd. ("Seoul Semiconductor") and Seoul Viosys Co., Ltd. ("Seoul Viosys"), (collectively the "Seoul Plaintiffs") for their Complaint against Defendant Feit Electric Co., Inc. ("Feit") allege as follows:

## INTRODUCTION

1.    The Seoul Plaintiffs bring this patent infringement action to protect their valuable patented technology relating to light emitting diodes ("LEDs") and LED lighting. An LED is a semiconductor device that converts electrical energy into light. LEDs have many advantages over conventional light sources, including lower energy consumption, longer lifetime, and smaller size.

2.    Seoul Semiconductor was founded in 1992 with approximately 30 employees in a small space of a commercial building in Bongchen-dong, Seoul, Korea. From those initial 30 employees, Seoul Semiconductor has grown into one of the largest manufacturers of LEDs in the world. It's subsidiary, Seoul Viosys, is also a leading company in the LED industry.

3.    The Seoul Plaintiffs' success is in large part due to their significant investment in innovation and respect for intellectual property. Seoul Semiconductor has invested in research and development ("R&D") for decades. Seoul Semiconductor invests over 10% of sales revenue into R&D and owns one of the largest LED patent portfolios in the world, which includes more than 10,000 patents worldwide.

## THE PARTIES

4.    Plaintiff Seoul Semiconductor is a company organized and existing under the laws of the Republic of Korea, with its principal place of business at 1B-25, 727, Wonsi-dong, Danwon-gu, Ansan-city, Gyeonggi-do, Korea 425-851.

5.    Plaintiff Seoul Viosys is a company organized and existing under the laws of the Republic of Korea, with its principal place of business at 65-16, Sandan-ro 163 beon-gil, Danwon-gu, Ansan-city, Gyeonggi-do, Korea 425-851. Seoul Viosys is a subsidiary of Seoul Semiconductor.

6.      Defendant Feit Electric Company, Inc. is a corporation organized and existing under the laws of the State of California with a principal place of business at 4901 Gregg Road, Pico Rivera, California 90660.

## JURISDICTION AND VENUE

7.      This Court has subject matter jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 and 1338(a) because, at the very least, this action arises under the patent laws of the United States, including 35 U.S.C. § 271 *et seq*.

8.      This Court has personal jurisdiction over Feit because it is a corporation organized and existing under the laws of the State of California with a principal place of business at 4901 Gregg Road, Pico Rivera, California 90660.

9.      Venue is proper within this judicial district under 28 U.S.C. § 1400(a) because principle place of business is in this District, and therefore, Feit resides in this District.

## PATENTS-IN-SUIT

10.     Seoul Viosys is the lawful owner of all right, title, and interest in United States Patent No. 9,716,210 entitled "Light Emitting Diode and Method of Fabricating the Same" ("the '210 patent"), including the right to sue and to recover for infringement thereof. The '210 patent was duly and legally issued on July 25, 2017, by the United States Patent and Trademark Office to Kim et al. A copy of the '210 patent is attached hereto as <u>Exhibit 1</u>.

11.     Seoul Semiconductor is the lawful owner of all right, title, and interest in United States Patent No. 7,667,225 entitled "Light Emitting Device" ("the '225 patent"), including the right to sue and to recover for infringement thereof. The '225 patent was duly and legally issued on February 23, 2010, by the United States Patent and Trademark Office to Lee et al. A copy of the '225 patent is attached hereto as <u>Exhibit 2</u>.

12.     Seoul Viosys is the lawful owner of all right, title, and interest in

United States Patent No. 9,799,800 entitled "Light Emitting Device and Method of Fabricating the Same" ("the '800 patent"), including the right to sue and to recover for infringement thereof. The '800 patent was duly and legally issued on October 24, 2017, by the United States Patent and Trademark Office to Jang et al. A copy of the '800 patent is attached hereto as Exhibit 3.

13.    Seoul Viosys is the lawful owner of all right, title, and interest in United States Patent No. 9,929,314 entitled "Light Emitting Diode Chip Having Electrode Pad" ("the '314 patent"), including the right to sue and to recover for infringement thereof. The '314 patent was duly and legally issued on March 27, 2018, by the United States Patent and Trademark Office to Kim et al. A copy of the '314 patent is attached hereto as Exhibit 4.

14.    Seoul Viosys is the lawful owner of all right, title, and interest in United States Patent No. 9,577,157 entitled "Light Emitting Diode Chip Having Distributed Bragg Reflector and Method of Fabricating the Same" ("the '157 patent"), including the right to sue and to recover for infringement thereof. The '157 patent was duly and legally issued on February 21, 2017, by the United States Patent and Trademark Office to Lee et al. A copy of the '157 patent is attached hereto as Exhibit 5.

15.    Seoul Viosys is the lawful owner of all right, title, and interest in United States Patent No. 10,217,912 entitled "Light Emitting Diode Module For Surface Mount Technology and Method of Manufacturing the Same" ("the '912 patent"), including the right to sue and to recover for infringement thereof. The '912 patent was duly and legally issued on February 26, 2019, by the United States Patent and Trademark Office to Chae et al. A copy of the '912 patent is attached hereto as Exhibit 6.

16.    Seoul Semiconductor is the lawful owner of all right, title, and interest in United States Patent No. 10,916,684 entitled "Light Emitting Device Including RGB Light Emitting Diodes and Phosphor" ("the '684 patent"), including the right

to sue and to recover for infringement thereof. The '684 patent was duly and legally issued on February 9, 2021, by the United States Patent and Trademark Office to Lee et al. A copy of the '684 patent is attached hereto as <u>Exhibit 7</u>.

17.    Seoul Semiconductor is the lawful owner of all right, title, and interest in United States Patent No. 7,906,789 entitled "Warm White Light Emitting Apparatus and Back Light Module Comprising the Same" ("the '789 patent"), including the right to sue and to recover for infringement thereof. The '789 patent was duly and legally issued on March 15, 2011, by the United States Patent and Trademark Office to Jung et al. A copy of the '789 patent is attached hereto as <u>Exhibit 8</u>.

18.    Seoul Semiconductor is the lawful owner of all right, title, and interest in United States Patent No. 10,134,967 entitled "Light Emitting Device" ("the '967 patent"), including the right to sue and to recover for infringement thereof. The '967 patent was duly and legally issued on November 20, 2018, by the United States Patent and Trademark Office to Seo et al. A copy of the '967 patent is attached hereto as <u>Exhibit 9</u>.

19.    Seoul Semiconductor is the lawful owner of all right, title, and interest in United States Patent No. 10,510,933 entitled "Light Emitting Diode Package and Manufacturing Method Thereof" ("the '933 patent"), including the right to sue and to recover for infringement thereof. The '933 patent was duly and legally issued on December 17, 2019, by the United States Patent and Trademark Office to Oh et al. A copy of the '933 patent is attached hereto as <u>Exhibit 10</u>.

20.    Seoul Viosys is the lawful owner of all right, title, and interest in United States Patent No. 9,627,435 entitled "Light emitting device" ("the '435 patent"), including the right to sue and to recover for infringement thereof. The '435 patent was duly and legally issued on April 18, 2017, by the United States Patent and Trademark Office to Lee et al. A copy of the '435 patent is attached hereto as <u>Exhibit 11</u>.

21. Seoul Viosys is the lawful owner of all right, title, and interest in United States Patent No. 8,716,946 entitled "Light Emitting Device for AC Power Operation" ("the '946 patent"), including the right to sue and to recover for infringement thereof. The '946 patent was duly and legally issued on May 6, 2014, by the United States Patent and Trademark Office to Lee et al. A copy of the '946 patent is attached hereto as Exhibit 12.

## WILLFULNESS

22. On or about September 28, 2017, Seoul Semiconductor's counsel sent a letter to Feit's Executive Vice President, Alan Feit, notifying him that Feit was manufacturing and selling various LED products that Seoul Semiconductor believed to infringe its patent rights. The letter included an example of an infringing product and patents. This letter followed oral discussions between Seoul Semiconductor personnel and Feit, in which Seoul Semiconductor had discussed its concerns that Feit was selling products that infringed Seoul Semiconductor's portfolio of patents.

23. On or about December 22, 2017, Seoul Semiconductor sent a letter to Costco Wholesale Corporation ("Costco") notifying Costco that it was selling products that were infringing Seoul Semiconductor's patents.

24. On or about January 26, 2018, Feit's general counsel responded to the Costco letter, acknowledging receipt of Seoul Semiconductor's warning letter regarding infringement of Seoul Semiconductor's patents by a Feit product (product # 1161796 - CEA 1940/CL/LED/6). The response was on Feit's letterhead, and Feit's general counsel explained that Seoul Semiconductor's December 2017 letter had been "referred to Feit Electric Company, Inc. for response."

25. On or about June 5, 2018, Seoul Semiconductor sent another letter to Costco notifying it that it was investigating the sale of additional products sold by Costco that Seoul Semiconductor believed to infringe its patents. Seoul Semiconductor explained that it had invested significant time and monies in

developing its patent portfolios and could not stand by while those rights were infringed.

26. On or about July 9, 2018, outside counsel for Feit responded to Seoul Semiconductor's June 2018 letter to Costco, again acknowledging receipt of the letter, stating that it would address communications related to infringement of Feit products, but refusing to facilitate requested meeting between Costco and Seoul Semiconductor. In the letter, Feit's counsel stated that he represented Feit, as well as Costco to the extent that Feit Electric products were involved.

27. On or about July 13, 2018, Seoul Semiconductor wrote to Costco again and warned that it was selling products that infringed Seoul Semiconductor's patents. Seoul Semiconductor included images and claim charts showing examples of infringement.

28. On or about August 16, 2018, Feit's counsel acknowledged receipt of Seoul Semiconductor's July 13 letter. Feit questioned whether some of Feit's products might utilize Seoul Semiconductor products, despite Seoul Semiconductor having notified Feit in May 2018 that it would no longer do business with or sell any components to Feit, and despite, on information and belief, Feit having a long history of using multiple LED suppliers for components in its products.

29. On or about August 29, 2018, Seoul Semiconductor's counsel sent a letter to Feit's counsel expressing disappointment that Feit was obstructing a business meeting between Seoul Semiconductor and Costco to try to resolve Seoul Semiconductor's infringement concerns. Seoul Semiconductor's counsel noted that Seoul Semiconductor had already met and communicated numerous times with Feit in an attempt to resolve issues, which had been unsuccessful. Seoul Semiconductor did not receive any response to this letter.

30. On or about August 1, 2019, Seoul Semiconductor's counsel sent a letter to Feit's counsel, again suggesting that a meeting be set up to resolve these infringement concerns that would not exclude Costco. Seoul Semiconductor

notified Feit that it had investigated another Feit LED bulb, product # 1200267, that was also infringing Seoul Semiconductor's patents, including the '157 patent. Seoul Semiconductor did not receive any response to this letter.

31.     On or about December 4, 2019, Seoul Semiconductor's counsel sent another letter to Feit's counsel, reminding it of its prior warning letters, noting the infringement of Seoul Semiconductor's patents, including the '157 patent, and requesting that Feit cease and desist from selling products that infringe Seoul Semiconductor's patents.  Seoul Semiconductor also requested that Feit provide information on the suppliers for the LED components in the infringing products.

32.     On or about January 31, 2020, Feit's counsel acknowledged receipt of Seoul Semiconductor's letter and its warnings of patent infringement, including with respect to Seoul Semiconductor's '157 patent.   Feit claimed, again without evidence, that the products were utilizing Seoul Semiconductor products, despite Seoul Semiconductor having ceased sales to Feit two years prior and despite Feit's history of using multiple suppliers.  Feit also stated that Seoul Semiconductor should resolve any infringement concerns with Feit's LED suppliers, but tellingly, Feit refused to provide any identification of the suppliers for its products, claiming that was "highly confidential," despite Seoul Semiconductor agreeing in its prior letter to enter into a confidentiality agreement for the exchange of such information.

33.     On or about February 17, 2020, Seoul Semiconductor's counsel wrote again to Feit's counsel.   Seoul Semiconductor reiterated its prior patent infringement concerns and noted that it had investigated two additional Feit products (Feit bulb # 1319342 and Feit bulb # 1279279) and found them to be infringing Seoul Semiconductor's patents as well, including Seoul Semiconductor's '157 patent, '912 patent, and '210 patent.  Seoul Semiconductor asked that Feit cease selling products that infringe its patents.  Seoul Semiconductor did not receive any response to this letter.

34.     On or about April 6, 2016, Seoul Semiconductor's counsel wrote to

Feit's counsel, reminding Feit of its prior notice letters and noting that it had not received any response to the February 2020 letter. Seoul Semiconductor asked Feit again to stop selling products that infringe Seoul Semiconductor's patents. Seoul Semiconductor did not receive any response to this letter.

35. On or about May 15, 2020, Seoul Semiconductor's counsel wrote again to Feit's counsel, notifying it that Feit was selling LED lighting products that infringe Seoul Semiconductor's patents. Seoul Semiconductor asked Feit again to stop selling products that infringe Seoul Semiconductor's patents. Seoul Semiconductor did not receive any response to this letter.

36. On or about June 30, 2020, Seoul Semiconductor's counsel wrote again to Feit's counsel, notifying it that Feit was selling LED lighting products that infringe Seoul Semiconductor's patents and requesting a response to its letters. Seoul Semiconductor asked Feit again to stop selling products that infringe Seoul Semiconductor's patents. Seoul Semiconductor did not receive any response to this letter.

37. On or about August 14, 2020, Seoul Semiconductor's counsel wrote again to Feit's counsel, notifying it that Feit was selling LED lighting products that infringe Seoul Semiconductor's patents and requesting a response to its letters. Seoul Semiconductor asked Feit again to stop selling products that infringe Seoul Semiconductor's patents. Seoul Semiconductor did not receive any response to this letter.

38. On or about September 22, 2020, Seoul Semiconductor's counsel wrote again to Feit's counsel, notifying it that Feit was selling LED lighting products that infringe Seoul Semiconductor's patents and requesting a response to its letters. Seoul Semiconductor asked Feit again to stop selling products that infringe Seoul Semiconductor's patents. Seoul Semiconductor did not receive any response to this letter.

39. On or about December 14, 2020, Seoul Semiconductor wrote to Feit's

counsel and notified it that had discovered additional products infringing Seoul Semiconductor's patents, including Seoul Semiconductor's '157 patent, '912 patent, and '210 patent.  Seoul Semiconductor did not receive any response to this letter.

40.    On or about February 1, 2021, Seoul Semiconductor's counsel wrote again to Feit's counsel, notifying it that Feit was selling LED lighting products that infringe Seoul Semiconductor's patents and requesting a response to its letters. Seoul Semiconductor asked Feit again to stop selling products that infringe Seoul Semiconductor's patents.  Seoul Semiconductor did not receive any response to this letter.

41.    On or about March 10, 2021, Seoul Semiconductor's counsel wrote again to Feit's counsel asking it to respond to its prior letters.  Seoul Semiconductor did not receive any response to this letter.

42.    On or about February 1, 2021, Seoul Semiconductor's counsel wrote again to Feit's counsel, asking Feit again to stop selling products that infringe Seoul Semiconductor's patents.  Seoul Semiconductor did not receive any response to this letter.

43.    On or about June 2, 2021, Seoul Semiconductor's counsel wrote again to Feit's counsel, asking Feit again to stop selling products that infringe Seoul Semiconductor's patents.  Seoul Semiconductor did not receive any response to this letter.

44.    On or about August 31, 2021, having received no response for many months to its letters, Seoul Semiconductor's counsel wrote to Costco, notifying it that continued sales of products infringing Seoul's patents constituted patent infringement.   Seoul Semiconductor asked that Costco and Feit stop selling products that infringe Seoul Semiconductor's patents.

45.    On or about October 28, 2021, Feit's counsel wrote to Seoul Semiconductor's counsel confirming its receipt of the August 31, 2021 letter,

claiming to be confused about whether Feit products were accused of infringement by Seoul Semiconductor.

46.    On or about December 16, 2021, Seoul Semiconductor's counsel wrote to Feit's counsel and reminded him that Seoul Semiconductor had repeatedly notified Feit about infringement of Seoul Semiconductor's patents by various Feit products, including, but not limited to, the '912 patent, '157 patent, and '210 patent.

47.    On or about February 1, 2021, Seoul Semiconductor's counsel wrote again to Feit's counsel, asking Feit again to stop selling products that infringe Seoul Semiconductor's patents.  Seoul Semiconductor did not receive any response to this letter.  Seoul Semiconductor noted that continued sale of infringing products could constitute willful patent infringement.  Seoul Semiconductor asked that Feit stop selling products that infringe Seoul Semiconductor's patents. Seoul never received any response to this letter.

48.    In addition to the numerous notice letters that Seoul Semiconductor sent to Feit regarding products that Feit was selling through Costco stores, Feit was also aware of notice letters regarding Feit products being sold through Target Corporation stores.

49.    On or about November 15, 2017, Seoul Semiconductor's counsel sent a letter to Don H. Liu, the Executive Vice President and Chief Legal Officer, of Target Corporation ("Target"), regarding Up & Up products that infringe Seoul Semiconductor's patents, including its '946 patent.  Seoul Semiconductor requested that Target cease offering or selling products that infringe Seoul Semiconductor's patents.

50.    On or about December 27, 2017, Jennifer King, a paralegal at Target, notified Seoul Semiconductor's counsel that the vendor who supplied the accused items to Target was Feit.

51.    On or about June 5, 2018, having received no substantive response to its prior letter, Seoul Semiconductor sent a letter to Don H. Liu, the Executive Vice

President and Chief Legal Officer, of Target Corporation ("Target"), regarding Up & Up products that infringe Seoul Semiconductor's patents, including its '946 patent. Seoul Semiconductor requested a meeting with Target to discuss and resolve these concerns of patent infringement.

52.    On or about July 13, 2018, a paralegal from Target, Jennifer King, emailed Seoul Semiconductor to identify Feit as the manufacturer of the products noticed in Seoul Semiconductor's June 2018 letter, suggesting that Feit would resolve the infringement concerns directly.

53.    On or about July 13, 2018, Seoul Semiconductor responded to Target's email, noting Feit's historical lack of success in attempting to resolve patent infringement concerns with Seoul Semiconductor. Seoul Semiconductor also provided a claim chart showing the infringement of the Up & Up product manufactured by Feit.

54.    On or about July 18, 2018, Feit's counsel responded to Seoul Semiconductor, acknowledging receipt of Seoul Semiconductor's June 5, 2018 letter. Feit's counsel stated that his firm represented Feit, as well as Target to the extent that Feit products were involved. Feit's counsel claimed that Feit did not have enough information to analyze the infringement but refused to facilitate any meeting with Target and Seoul Semiconductor. Feit declined to respond substantively to any of Seoul Semiconductor's infringement concerns or the claim chart that Seoul Semiconductor had provided.

## EXAMPLE PRODUCTS

55.    FEIT sells the FEIT T48/840/LED/2 LED lighting device. An image of the FEIT T48/840/LED/2 LED lighting device is provided below.



COMPLAINT FOR PATENT INFRINGEMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

56.     FEIT sells the FEIT LEDR4/RGBW/AG LED lighting device. An image of the FEIT LEDR4/RGBW/AG LED lighting device is provided below.



57.     FEIT sells the FEIT G3060/RGBW/FIL/AG LED bulb. An image of the FEIT G3060/RGBW/FIL/AG LED bulb is provided below.



58.     FEIT sells the FEIT A800830/10KLED/2/CAN LED bulb. An image of the FEIT A800830/10KLED/2/CAN LED bulb is provided below.



59.    FEIT sells the FEIT BP7C7/850/LED/4 LED bulb. An image of the FEIT BP7C7/850/LED/4 LED bulb is provided below.



60.    FEIT sells the FEIT BPG1640/927CA/FIL/2 (C) LED bulb. An image of the FEIT BPG1640/927CA/FIL/2 (C) LED bulb is provided below.



## COUNT 1

## INFRINGEMENT OF U.S. PATENT NO. 9,716,210

## <u>EXEMPLARY CLAIM 1</u>

61.    FEIT has infringed and continues to infringe one or more claims of the '210 patent, including but not limited to exemplary claim 1, in violation of 35 U.S.C. § 271(a), at least by without authority making, using, offering to sell and/or selling the FEIT T48/840/LED/2 LED lighting device within the United States.

62.    The FEIT T48/840/LED/2 LED includes a plurality of LED packages, each of which includes light emitting diodes (LEDs). Optical microscope images of

an LED package from the FEIT T48/840/LED/2 LED are reproduced below before and after removal of an encapsulant. As shown in the image below right, the LED package includes two light emitting diode devices.

 

63.     Below are three Transmission Electron Microscope ("TEM") images of the epi-structure of the LED chip. The image to the left shows the entire epi-structure above a patterned sapphire substrate. The image below middle enlarges the region of the epi-structure around the multi-quantum well active layer. The image below right further enlarges the region under the active region. The epi-structure includes from top to bottom in relevant part a p-type contact layer, a multi-quantum well active region, and an n-type contact layer. The active region, which appears as a relatively bright repeating pattern of indium doped layers separated by relatively dark barrier layers near the center of the center image below. Below the active region is a superlattice layer, which includes a plurality of layers, and appears as a relatively faint and closely spaced pattern. Below the superlattice is a spacer layer, which includes a plurality of layers, and appears as a relatively faint and widely spaced pattern.

  

COMPLAINT FOR PATENT INFRINGEMENT

64.    Based on the level of indium doping in the active region, the superlattice layer, and the spacer layer, the spacer layer will have a bandgap smaller than the barrier layers of the multi-quantum well, but higher than the bandgap of the quantum well layers.

65.    FEIT's infringement has caused and is continuing to cause damage and irreparable injury to Plaintiffs. Plaintiffs will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court, as a remedy at law alone would be inadequate.

66.    FEIT's infringement has occurred with knowledge of the '210 patent and knowledge that its acts constitute infringement. FEIT's continuing conduct, therefore, is willful.

67.    Plaintiffs are entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

## COUNT 2

## INFRINGEMENT OF U.S. PATENT NO. 7,667,225

## **EXEMPLARY CLAIM 1**

68.    FEIT has infringed and continues to infringe one or more claims of the '225 patent, including but not limited to exemplary claim 1, in violation of 35 U.S.C. § 271(a), at least by without authority making, using, offering to sell and/or selling the FEIT T48/840/LED/2 LED lighting device within the United States.

69.    The FEIT T48/840/LED/2 LED includes a plurality of LED packages, each of which includes light emitting devices. Optical microscope images of an LED package from the FEIT T48/840/LED/2 LED are reproduced below before and after removal of an encapsulant. As shown in the image below right, the LED package includes two light emitting devices.




70.    An optical image of an LED chip from the FEIT T48/840/LED/2 LED lighting device is reproduced below.



71.    Below are three TEM images of the epitaxial structure of the LED chip. The image to the left shows the entire epitaxial structure above a patterned sapphire substrate. The image below middle enlarges the region of the epitaxial structure around the multi-quantum well active layer. The image below right enlarges the multi-quantum well. The LED chip includes from bottom to top in relevant part a substrate, an n-type semiconductor layer, a multi-quantum well structure, and a p-type semiconductor layer. The multi-quantum well structure comprises brightly colored wells separated by darker barriers.



72.    The well layers within the multi-quantum well include indium. In addition, the concentration of indium varies across the layer, with areas of relatively high indium concentration transitioning to areas of lower indium concentration. The

regions of relatively higher indium concentration correspond to carrier trap portions. And the transition from relatively lower to relatively higher indium concentration corresponds to a related drop in the band-gap energy.

73.    FEIT's infringement has caused and is continuing to cause damage and irreparable injury to Plaintiffs. Plaintiffs will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court, as a remedy at law alone would be inadequate.

74.    Plaintiffs are entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

## COUNT 3

## INFRINGEMENT OF U.S. PATENT NO. 9,799,800

## <u>EXEMPLARY CLAIM 1</u>

75.    FEIT has infringed and continues to infringe one or more claims of the '800 patent, including but not limited to exemplary claim 1, in violation of 35 U.S.C. § 271(a), at least by without authority making, using, offering to sell and/or selling the FEIT T48/840/LED/2 LED lighting device within the United States.

76.    The FEIT T48/840/LED/2 LED includes a plurality of LED packages, each of which includes light emitting devices. Optical microscope images of an LED package from the FEIT T48/840/LED/2 LED are reproduced below before and after removal of an encapsulant. As shown in the image below right, the LED package includes two light emitting devices.

 

77.    Below are two Scanning Electron Microscope ("SEM") images of an

LED chip from the FEIT T48/840/LED/2 LED lighting device. The images were created after the creation of a hole in the LED using a Focused Ion Beam ("FIB"). The structure shown on the left side of the first image is an n-pad, which sits on top of and in contact with an n-type semiconductor layer. Above the n-type semiconductor layer are an active layer, an electron blocking layer and a p-type semiconductor layer. The active layer comprises a multi-quantum well, with the layers distinguishable by differing indium concentrations. Between the active layer and the p-type layer is an electron blocking layer, which is distinguishable by being relatively free of both magnesium and indium.



78.     The p-type semiconductor layer of the LED chip comprises a number of layers. From top to bottom, the layers include a p-type contact layer, a hole transport layer, and a hole injection layer. The p-type contact layer is distinguishable by a relatively high level of magnesium doping near the surface of the LED chip. Next, a hole transport layer has varying levels of the magnesium doping, a first layer with relatively low magnesium doping, an intermediate layer with relatively high magnesium doping, and second layer with relatively low magnesium doping. The level of magnesium within the first layer with relatively low level doping increases at both ends and decreases toward the middle. The hole injection layer is again distinguishable based on its level of magnesium doping.

79.     Three TEM images of the LED chip are reproduced below. The image below left shows the full epi-structure above a patterned sapphire substrate. The center image indicates a plurality of layers including from bottom to top an n-type

semiconductor layer, a multi-quantum well active layer, and a p-type semiconductor layer. The image below right focusses in on the p-type semiconductor layer and a portion of the multi-quantum well active layer. As the image shows, the p-type semiconductor layer includes a number of layers as described above, with the relative brightness of each layer correlating with the dopant concentration.



80.    FEIT's infringement has caused and is continuing to cause damage and irreparable injury to Plaintiffs. Plaintiffs will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court, as a remedy at law alone would be inadequate.

81.    Plaintiffs are entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

**COUNT 4**

**INFRINGEMENT OF U.S. PATENT NO. 9,929,314**

**<u>EXEMPLARY CLAIM 1</u>**

82.    FEIT has infringed and continues to infringe one or more claims of the '314 patent, including but not limited to exemplary claim 1, in violation of 35 U.S.C. § 271(a), at least by without authority making, using, offering to sell and/or selling the FEIT T48/840/LED/2 LED lighting device within the United States.

83.    The FEIT T48/840/LED/2 LED includes a plurality of LED packages, each of which includes light emitting diode devices. Optical microscope images of an LED package from the FEIT T48/840/LED/2 LED are reproduced below before

and after removal of an encapsulant. As shown in the image below right, the LED package includes two light emitting diode devices.

 

84. Optical and SEM images of an LED device from the FEIT T48/840/LED/2 LED are reproduced below.

 

85. Below is an SEM image of the device after a hole was milled using a FIB. The hole was milled adjacent to a p-type contact on the upper surface of the device.



86.    Below is a composite image of the inner surface of the milled hole showing the layer structure of the device, which includes from bottom to top: a patterned substrate and a light emitting structure disposed over the substrate. The light emitting structure includes from bottom to top, a first (n-type) semiconductor layer, an active layer, and a second (p-type) semiconductor layer.



87.    Returning to the optical microscope image from above (reproduced again below for convenience), the first electrode pad, which is disposed over the first (n-type) semiconductor layer is shown on the bottom right. A first extension is shown extending from the first electrode pad.

1
2
3
4
5
6



7      88.     The image below shows a hole milled into the first extension using a

8   FIB. The hole is milled through the middle of a set of three faint ovals visible in the

9   image below. The ovals also appear as bright slightly wider regions around the first

10  extension in the optical microscope image above. The ovals indicate regions within

11  which the first extension includes first portions that are in contact with the

12  underlying first (n-type) semiconductor layers. The areas outside of ovals indicate

13  second portions that are not in contact with the first (n-type) semiconductor layer.

14  Those regions can also be seen in the optical microscope image above as relatively

15  narrow portions of the first extension between the ovals described above. As the

16  images also show, the first portions and one of the second portions are alternately

17  disposed along the first extension.

18
19
20
21
22
23
24
25
26
27
28



89.     Returning again to the optical microscope image from above (reproduced again below for convenience), the second electrode pad, which is disposed over a transparent electrode layer and a second (p-type) semiconductor layer is shown near the top left. A second extension comprising two portions is shown extending from second first electrode pad.



90.     FEIT's infringement has caused and is continuing to cause damage and irreparable injury to Plaintiffs. Plaintiffs will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court, as a remedy at law alone would be inadequate.

91.     Plaintiffs are entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

**COUNT 5**

**INFRINGEMENT OF U.S. PATENT NO. 9,577,157**

**<u>EXEMPLARY CLAIM 1</u>**

92.     FEIT has infringed and continues to infringe one or more claims of the '157 patent, including but not limited to exemplary claim 1, in violation of 35 U.S.C. § 271(a), at least by without authority making, using, offering to sell and/or selling the FEIT T48/840/LED/2 LED lighting device within the United States.

93.     The FEIT T48/840/LED/2 LED lighting device includes a plurality of LED packages, each of which includes light emitting diodes. The image of an LED package from the FEIT T48/840/LED/2 LED lighting device is reproduced below left. The image below right shows LED chips within the package.

1
2
3
4
5

 

6    94.    An X-ray side view image of the package is reproduced below. The

7    image shows the body, leads, and a mounting surface upon which an LED chip is

8    disposed. The LED chip is shown covered by a member comprised of resin, which

9    appears yellow in the image above left.

10
11
12



13

14    95.    The image at bottom shows a SEM image of a cross-section through

15    the package. The image shows the resin member contains phosphor particles, which

16    can be seen as relatively bright spots within the darker resin.

17
18
19



20    96.    Two TEM images of a light emitting structure from the FEIT

21    T48/840/LED/2 LED lighting device are reproduced below. The image below left

22    shows the entire vertical epi-structure formed above a patterned sapphire substrate.

23    The image below right shows a portion of the epi-structure including from bottom

24    to top, a portion of the n-type semiconductor layer, a multi-quantum well active

25    layer, and a p-type semiconductor layer.

26
27
28



97.     The image below is a TEM image created of a slice taken from the back surface of the light emitting diode device. The image is focused on a layer structure formed below the back surface of the substrate (which appears at the top of the image below). The layer structure shown in the image below includes, in relevant part starting from the bottom, the substrate, and a DBR. As shown in the below image, the DBR comprises two portions., an upper portion comprising relatively thick layers of silicon dioxide ("SiO2") and titanium dioxide ("TiO2") and a lower portion comprising relatively thin layers of SiO2 and TiO2. The relatively dark layers comprise SiO2 and the relatively bright layers comprise TiO2. The optical thickness of the layers comprising the upper portion are greater than the optical thickness of the layers comprising the lower portion.



98.     FEIT's infringement has caused and is continuing to cause damage and irreparable injury to Plaintiffs. Plaintiffs will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court, as a

remedy at law alone would be inadequate.

99.     FEIT's infringement has occurred with knowledge of the '157 patent and knowledge that its acts constitute infringement. FEIT's continuing conduct, therefore, is willful.

100.    Plaintiffs are entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

## COUNT 6

## INFRINGEMENT OF U.S. PATENT NO. 10,217,912

## <u>EXEMPLARY CLAIM 1</u>

101.    FEIT has infringed and continues to infringe one or more claims of the '912 patent, including but not limited to exemplary claim 1, in violation of 35 U.S.C. § 271(a), at least by without authority making, using, offering to sell and/or selling the FEIT T48/840/LED/2 LED lighting device within the United States.

102.    The FEIT T48/840/LED/2 LED lighting device includes a plurality of light emitting diodes (LED). Optical and SEM images of an LED from the FEIT T48/840/LED/2 LED are reproduced below.




103.    Below is an SEM image of the device after a hole was milled using a FIB. The hole was milled adjacent to a p-type contact on the upper surface of the device.

1
2
3
4
5
6
7
8



9      104.   Below is a composite image of the inner surface of the milled hole
10  showing the layer structure of the device, which includes from bottom to top: a
11  patterned substrate and a stacked structure. The stacked structure includes from
12  bottom to top, a first (n-type) semiconductor layer, an active layer, and a second (p-
13  type) semiconductor layer.

14
15
16
17
18
19
20
21



22      105.   Below is an enlarged image of the inner surface of the milled hole
23  showing additional details. The image identifies an insulation layer formed over the
24  stacked structure and contacting the second (p-type) semiconductor layer. The
25  insulation layer leaves open exposed portions that provide openings where contact
26  occurs between a reflective layer comprised of aluminum formed over the stacked
27  structure and the second (p-type) semiconductor layer. One of those exposed
28

portions is shown in the image below beneath the p-type contact.



106.    Additional exposed portions are shown as faint circular regions along the length of the p-type extensions, where aluminum comprises a reflective layer. The openings can also be seen in the scanning electron microscope and optical microscope images below. In the optical microscope image the openings are relatively brighter spots along the length of the p-type extensions.



COMPLAINT FOR PATENT INFRINGEMENT

107.    FEIT's infringement has caused and is continuing to cause damage and irreparable injury to Plaintiffs. Plaintiffs will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court, as a remedy at law alone would be inadequate.

108.    FEIT's infringement has occurred with knowledge of the '912 patent and knowledge that its acts constitute infringement. FEIT's continuing conduct, therefore, is willful.

109.    Plaintiffs are entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

**COUNT 7**

**INFRINGEMENT OF U.S. PATENT NO. 10,916,684**

**EXEMPLARY CLAIM 1**

110.    FEIT has infringed and continues to infringe one or more claims of the '684 patent, including but not limited to exemplary claim 1, in violation of 35 U.S.C. § 271(a), at least by without authority making, using, offering to sell and/or selling the FEIT G3060/RGBW/FIL/AG LED bulb within the United States.

111.    The FEIT G3060/RGBW/FIL/AG LED is an LED-based bulb. The images below provide two views of a flexible filament after removal from a FEIT G3060/RGBW/FIL/AG LED bulb. The first view shows a portion of the filament viewed from above (*i.e.*, plan view) and the second image shows a cross section through the filament.



112.    The flexible filament includes a plurality of light emitting diodes. The light emitting diodes appear as bright dots in the plan view and as short bright lines in the cross-sectional view. A measurement of the light output from the light emitting diodes indicates that they produce at least two different peak emission wavelengths, with one peak occurring at 445 nm and another peak occurring at 447 nm.

113.    The above images show the light emitting diodes encapsulated by a molded part that includes at least one wavelength converter that converts the primary light output by the light emitting diodes into secondary light. The wavelength converter comprises a mixture of at least three different phosphors each having a peak emission wavelength. At least two of the phosphors have different peak emission wavelengths in at least one color range.

114.    FEIT's infringement has caused and is continuing to cause damage and irreparable injury to Plaintiffs. Plaintiffs will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court, as a remedy at law alone would be inadequate.

115.    Plaintiffs are entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

## COUNT 8

## INFRINGEMENT OF U.S. PATENT NO. 7,906,789

## <u>EXEMPLARY CLAIM 1</u>

116.    FEIT has infringed and continues to infringe one or more claims of the '789 patent, including but not limited to exemplary claim 1, in violation of 35

COMPLAINT FOR PATENT INFRINGEMENT

U.S.C. § 271(a), at least by without authority making, using, offering to sell and/or selling the FEIT LEDR4/RGBW/AG LED lighting device within the United States.

117.    The FEIT LEDR4/RGBW/AG LED lighting device is a light-emitting apparatus with an emission rated at a color temperature from 2700K to 6500K. Two photo images are provided below, the first being the device and the second a portion of the packaging indicating the color temperature.

 

118.    Below is an image of the packaged light-emitting diodes of the FEIT LEDR4/RGBW/AG LED. As shown in the image, the encapsulant of the packaged light-emitting diodes appears either yellow or orange.



119.    The packages having yellow colored encapsulant include a first phosphor that modifies the light emitted by those packaged light-emitting diodes to provide a base light. The base light is relatively broad spectrum, but weighted toward the short-wavelength blue end of the spectrum. The resulting output

spectrum is represented in the image below and has the appearance of white light.



120.    The packages having orange colored encapsulant include a second phosphor that modifies the light-emitting by those packaged light-emitting diodes with additional long-wavelength light weighted toward the red end of the spectrum. The resulting output spectrum is represented in the image below.



121.    As discussed above, the color temperature of the combined output is approximately from 2700K to 6500K, which includes a warm white light.

122.    FEIT's infringement has caused and is continuing to cause damage and irreparable injury to Plaintiffs. Plaintiffs will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court, as a remedy at law alone would be inadequate.

123.    Plaintiffs are entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

**COUNT 9**

**INFRINGEMENT OF U.S. PATENT NO. 10,134,967**

**<u>EXEMPLARY CLAIM 17</u>**

124.    FEIT has infringed and continues to infringe one or more claims of the

'967 patent, including but not limited to exemplary claim 17, in violation of 35 U.S.C. § 271(a), at least by without authority making, using, offering to sell and/or selling the FEIT A800830/10KLED/2/CAN LED bulb within the United States.

125.    The FEIT A800830/10KLED/2/CAN LED bulb includes a plurality of LED packages. Optical microscope images of an LED package from the FEIT A800830/10KLED/2/CAN LED bulb are reproduced below before and after removal of an encapsulant. LED chips are disposed on the top surface of the lead frame in the optical image.

 

126.    The top image below is an optical microscope image of a cross-section through the LED package. The bottom image below is an x-ray through the package.





127.    As the above images show, the LED package contains two metal lead frames spaced apart from each other. The optical image shows that each lead frame

has a substantially flat top surface, a bottom surface, a fixing hole, and sidewalls between the top and bottom surfaces.

128.    The cross-section image above depicts the cross-sectional shape of the sidewalls of both lead frames at the sides that face each other in the horizontal direction. In addition, the upper surface of the left and right lead frames extends further into the space between the lead frames than the bottom surface of the left and right lead frames. That the top surfaces extend further into the space indicates an undercut in the sidewall that partially defines a fixing space between the two lead frames. This same feature is also depicted in the x-ray image above. In particular, both leads are shown with relatively dark interior regions and three sides have relatively light outer regions. The differences in brightness correlate to the thickness of the metal at those locations. The relatively light outer regions correspond to undercut sidewalls on three sides of both lead frames. The undercuts form the fixing space.

129.    As discussed above and as shown in the images above, the first and second lead frames include a fixing hole located in the interior portions and each fixing hole includes an undercut sidewall that envelopes inner bounds of the fixing hole.

130.    As discussed above, the lead frames face each other in the horizontal direction and both lead frames have three undercut sidewalls as indicated by the cross-sectional and x-ray images above. Of those three undercut sidewalls, each lead frame has a sidewall shown as extending vertically in the x-ray image and two sidewalls shown as extending horizontally. The sidewalls extending horizontally in the x-ray image are all parallel to each other and also perpendicular to those shown extending vertically.

131.    FEIT's infringement has caused and is continuing to cause damage and irreparable injury to Plaintiffs. Plaintiffs will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court, as a

remedy at law alone would be inadequate.

132.    Plaintiffs are entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

## COUNT 10

## INFRINGEMENT OF U.S. PATENT NO. 10,510,933

## <u>EXEMPLARY CLAIM 15</u>

133.    FEIT has infringed and continues to infringe one or more claims of the '933 patent, including but not limited to exemplary claim 15, in violation of 35 U.S.C. § 271(a), at least by without authority making, using, offering to sell and/or selling the FEIT T48/840/LED/2 LED lighting device within the United States.

134.    The FEIT T48/840/LED/2 LED includes a plurality of LED packages, each of which includes light emitting diodes. The image of an LED package from the FEIT T48/840/LED/2 LED lighting device is reproduced below left. The image below right shows an LED chip within package. The chip emits blue light with a Full Width at Half Maximum of less than 40 nm.

 

135.    The images above left and right is are optical microscope images of the top surface of the package before and after encapsulant removal. The white material comprises a housing. The images below are an optical microscope image (top) and a SEM image (bottom) created after cross-sectioning the package. The housing material appears white in the optical image. The image shows that the package includes a housing having both a top surface, an opposite bottom surface, wherein the top surface includes, from top to bottom, upper, intermediate, and lower portions.





136.    Also shown in the image above is an encapsulating molding part formed over and around the light-emitting diode chip. The molding part is a silicon based encapsulant. The relatively bright inclusions within the encapsulant include two different phosphors, one a Lutetium-based phosphor that has an output wavelength in the green with a peak at around 545 nm, and the other a nitride-based phosphor that has an output wavelength in the red with a peak at around 635 nm. The Full Width at Half Maximum of the nitride-based phosphor is narrower than that of the Lutetium-based phosphor, which is wider than 40 nm.

137.    The output from the blue chip combined with light down converted by the first and second phosphors is white light.

138.    FEIT's infringement has caused and is continuing to cause damage and irreparable injury to Plaintiffs. Plaintiffs will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court, as a remedy at law alone would be inadequate.

139.    Plaintiffs are entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

**COUNT 11**

**INFRINGEMENT OF U.S. PATENT NO. 9,627,435**

**<u>EXEMPLARY CLAIM 1</u>**

140.    FEIT has infringed and continues to infringe one or more claims of the

'435 patent, including but not limited to exemplary claim 1, in violation of 35 U.S.C. § 271(a), at least by without authority making, using, offering to sell and/or selling the FEIT BP7C7/850/LED/4 LED bulb within the United States.

141.    The FEIT BP7C7/850/LED/4 LED bulb includes an LED package comprising a light emitting diode ("LED") chip that comprises light emitting cells. An SEM image of the LED chip from the FEIT BP7C7/850/LED/4 LED bulb is reproduced below.



142.    Below is an SEM image of a pair of holes milled into the LED chip using a FIB.



143.    Below are images created from SEM images of the milled holes.



COMPLAINT FOR PATENT INFRINGEMENT

144.    The bottom of the images reproduced above show a patterned substrate. Above the substrate are cross sectional views of portions of two of the light emitting cells.

145.    Both of the light emitting cells include first and second semiconductor layers with an active layer disposed between them. The upper semiconductor layer comprises a p-type layer and the lower semiconductor layer comprises an n-type layer.

146.    In addition, the light emitting cell on the left side of the image includes a continuous inclined surface having a slope between 20° and 80° from a horizontal plane of the substrate.

147.    The light emitting cell includes at least two conductive materials, including a metallic conductor and a transparent layer of indium tin oxide (ITO). At least one of those conductive materials is disposed on the upper p-type semiconductor layer of the light emitting cell. And at least the other of those conductive materials electrically connects the light emitting cells.

148.    Below is an enlarged SEM image of a part of the light emitting cell on the image above right. In this image, the ITO layer is shown as a relatively thin and bright line above the upper p-type semiconductor layer. The ITO layer extends horizontally from the right edge of the image. In this image, the metallic conductor is shown as including a relatively thick and bright layer above the upper p-type semiconductor that extends from the left side of the image to the right side of the image.



COMPLAINT FOR PATENT INFRINGEMENT

149.    Below are SEM images of another hole milled into the LED chip and created from the milled hole.

150.    As shown in right image below right, the light emitting cell includes at least two insulation layers. For example, portions of a pair of light-transmitting silicon dioxide (SiO2) layers are shown as relatively dark layers in the cross-sectional image. At least one of the SiO2 layers overlaps one of the conductive materials and the light emitting cell. And at least the other of the SiO2 layers overlaps the other of the conductive materials.



151.    FEIT's infringement has caused and is continuing to cause damage and irreparable injury to Plaintiffs. Plaintiffs will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court, as a remedy at law alone would be inadequate.

152.    Plaintiffs are entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

**COUNT 12**

**INFRINGEMENT OF U.S. PATENT NO. 8,716,946**

**<u>EXEMPLARY CLAIM 1</u>**

153.    FEIT has infringed and continues to infringe one or more claims of the '946 patent, including but not limited to exemplary claim 1, in violation of 35 U.S.C. § 271(a), at least by without authority making, using, offering to sell and/or selling the FEIT BPG1640/927CA/FIL/2 (C) LED bulb within the United States.

154.    The FEIT BPG1640/927CA/FIL/2 (C) LED bulb includes a plurality

of LED filaments that comprises a series connected array of light emitting cells. Two filaments are visible in the image of a sample bulb reproduced below.



155.    The array is configured to receive an input voltage to cause the cells to emit light. An x-ray image of the array from a FEIT BPG1640/927CA/FIL/2 (C) LED bulb is provided below.



156.    Below is a SEM image created from a hole milled into one of the LED cells. The cell includes an inclined side surface.



157.    Two different voltages are relevant to the operation of the FEIT BPG1640/927CA/FIL/2 (C) LED bulb.

158.   As indicated by the base of the bulb as shown above, the FEIT BPG1640/927CA/FIL/2 (C) LED bulb is a screw-in type receives as input a wall voltage of 120V and 60Hz alternating current electricity. The reference to 60Hz indicates the periodic cycles over which the input voltage changes. During each cycle, the wall voltage includes a peak of approximately 120 volts after which the voltage falls toward zero volts.

159.   Although wall voltage is received as the input to the FEIT BPG1640/927CA/FIL/2 (C) LED bulb, the light emitting cells cannot be properly driven by the 120V/60Hz alternating current. The 120V/60Hz alternating current has a cyclical peak of approximately 120 volts in the forward direction, passes through zero, and then reaches a peak of approximately 120 volts in the reverse direction. The alternating current, therefore, drops below the level necessary to drive the light emitting cells after the peak of 120 volts.

160.   Instead of applying the input voltage to the light emitting cells, elements on a circuit boards within the base of the bulb convert the input to DC-like power to drive the light emitting cells. The DC-like power has a cyclical voltage that varies between approximately 128 volts and 129 volts. The cyclical DC-like power causes the light emitting cells to emit light having a periodically changing luminous intensity that remains non-zero throughout the cycle of the input 120V/60Hz alternating current.

161.   FEIT's infringement has caused and is continuing to cause damage and irreparable injury to Plaintiffs. Plaintiffs will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court, as a remedy at law alone would be inadequate.

162.   FEIT's infringement has occurred with knowledge of the '946 patent and knowledge that its acts constitute infringement. FEIT's continuing conduct, therefore, is willful.

163.   Plaintiffs are entitled to injunctive relief and damages in accordance

with 35 U.S.C. §§ 271, 281, 283, and 284.

## **PRAYER FOR RELIEF**

WHEREFORE, the Plaintiffs requests that the Court enter judgment in their favor and against Defendant FEIT ELECTRIC CO., INC., as follows:

A.      A judgment that Defendant infringe the '210, '225, '800, '314, '157, '912, '684, '789, '967, '933, '435 and '946 patents;

B.      A preliminary and permanent injunction restraining and enjoining Defendant, its officers, partners, agents, servants, employees, parents, subsidiaries, divisions, affiliate corporations, joint ventures, other related business entities and all other persons acting in concert, participation, or in privity with them, and their successors and assigns, from infringing the '210, '225, '800, '314, '157, '912, '684, '789, '967, '933, '435 and '946 patents;

C.      An award of damages to Plaintiffs Seoul Semiconductor and Seoul Viosys arising from Defendant's past and continuing infringement up until the date Defendant is finally and permanently enjoined from further infringement, including compensatory damages;

D.      A determination that Defendant's infringement of one or more of the '210, '912, '157, '435 and '946 patents was willful, and a trebling of damages pursuant to 35 U.S.C. § 284;

E.      A determination that this is an exceptional case and awarding the Seoul Plaintiffs' attorneys' fees pursuant to 35 U.S.C. § 285; An order awarding the Seoul Plaintiffs the costs and expenses that they have incurred in prosecuting this action;

F.      An order awarding the Seoul Plaintiffs pre- and post-judgment interest on their damages; and

G.      Such other and further relief in law or in equity as this Court deems just and proper.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **JURY DEMAND**

Plaintiffs Seoul Semiconductor and Seoul Viosys respectfully request a jury trial on all issues so triable.

DATED: July 22, 2020           STEPTOE & JOHNSON LLP

By:   /s/ Ashwin J. Ram
           Ashwin J. Ram

*Attorney for Plaintiff Seoul Semiconductor Co., Ltd., and Seoul Viosys Co., Ltd.*