# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| | CASE NUMBER: |
| SEOUL SEMICONDUCTOR CO., LTD., et al. | 2:22–cv–05097–AB–SHK |
| Plaintiff(s), | |
| v. | |
| FEIT ELECTRIC CO., INC. | **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| Defendant(s). | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  ___7/12/2024___

Document No.: ___241___

Title of Document:  ___Notice of Appearance or Withdrawal of Counsel G123___

**ERROR(S) WITH DOCUMENT:**

Not signed and efiled by the firm of Benesch Freidlander Copland and Aronoff LLP.

Other:

**Note:** **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:_ July 15, 2024 _            By: _ /s/ Andrea Kannike  Andrea_Kannike@cacd.uscourts.gov_
                                            Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**