DOUGLAS Q. HAHN, SBN 257559
  dhahn@stradlinglaw.com
SALIL BALI, SBN 263001
  sbali@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Tel. 949.725.4000 | Fax 949.725.4100

KAL SHAH (admitted *pro hac vice*)
  kshah@beneschlaw.com
SIMEON G. PAPACOSTAS (admitted *pro hac vice*)
  spapacostas@beneschlaw.com
THERESA L. STARCK (admitted *pro hac vice*)
  tstarck@beneschlaw.com
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 S. Wacker Drive, Suite 1600
Chicago, IL 60606
Tel. 312.212.4949 | Fax 312.767.9192

ZIYONG SEAN LI, SBN 289696
  sli@beneschlaw.com
GREGORY CARL PROCTOR, SBN 311214
  gproctor@beneschlaw.com
HAYK SNKHCHYAN, SBN 341698
  hsnkhchyan@beneschlaw.com
BENESCH FRIEDLANDER, COPLAN & ARONOFF LLP
100 Pine Street, Suite 3100
San Francisco, CA 94111
Tel. 628.600.2250 | Fax 628.221.5828

*Attorneys for Defendant, Feit Electric Co., Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEOUL SEMICONDUCTOR CO., LTD., a Korean corporation, SEOUL VIOSYS CO., LTD., a Korean corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FEIT ELECTRIC CO., INC.,<br><br>Defendant. | CASE NO. 2:22-cv-05097-AB-SHK<br><br>Honorable Andre Birotte Jr.<br>Magistrate Judge Shashi H. Kewalramani<br><br>**FEIT ELECTRIC'S NOTICE OF LODGING MATERIALS IN SUPPORT OF TECHNOLOGY TUTORIAL**<br><br>*FAC Filed: December 21, 2022* |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

4882-8128-5082v1/106220-0003

1  Defendant Feit Electric Co., Inc. has lodged with the Court its Materials in
2  support of its Technology Tutorial on this date, August 23, 2024, via file-share
3  link.

4

5  DATED: August 19, 2024        STRADLING YOCCA CARLSON & RAUTH LLP
6

7                                By:  /s/ Salil Bali
                                      Douglas Q. Hahn
8                                     Salil Bali

9  DATED: August 19, 2024        BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
10

11                               By:  /s/ Kal Shah
                                      Kal Shah
12                                    Simeon G. Papacostas
                                      Gregory Carl Proctor
13                                    Ziyong Sean Li
                                      Hayk Snkhchvan
14

15                               ***Attorneys for Defendant***
                                 ***Feit Electric Company, Inc.***
16

17

18

19

20

21

22

23

24

25

26

27

28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-
NOTICE OF LODGING MATERIAL ISO TECHNOLOGY TUTORIAL
4882-8128-5082v1/106220-0003