UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:22-cv-5097-AB-SHK | Date: | October 8, 2024 |
|---|---|---|---|

| Title: | *Seoul Semiconductor Co., Ltd., et al. v. Feit Electric Co., Inc.* |
|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Daniel Tamayo | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] Order Setting Post-Markman Schedule

The Court previously set and subsequently vacated the post-Markman schedule to allow time for the claim construction process to conclude. *See* Dkts. 63 (setting schedule), 240 (vacating post-Markman dates). The Court conducted a claim construction hearing on September 13, 2024, and is now prepared to enter the remaining schedule. The parties have conferred with the Special Master concerning these dates and have confirmed their availability. Accordingly, the Court adopts the following schedule. To the extent the below case narrowing dates differ from the time frames set forth in Dkt. 208, with the benefit of adopting a full schedule and better understanding the parties' positions, the below deadlines control.

| Event | Date[1] |
|---|---|
| Phase II narrowing per Dkt. 208<br>Plaintiffs to narrow to 8 patents / 32 claims | October 25, 2024 |

---

[1] Consistent with Dkt. 208, all deadlines are by 5:00 PT.

| Event | Date[1] |
|---|---|
| Defendant to narrow to 32 positions | November 1, 2024 |
| Opening Expert Disclosures | November 15, 2024 |
| Rebuttal Expert Disclosures | December 19, 2024 |
| Close of Expert Discovery | January 9, 2025 |
| Dispositive motions due | January 23, 2025 |
| Oppositions to dispositive motions | February 6, 2025 |
| Replies to dispositive motions | February 13, 2025 |
| Conference with Special Master (date may be set by the Special Master and agreement of the parties) | Week of February 24, 2025, TBD |
| Dispositive motions hearing | March 7, 2025 |
| *Estimated issuance of dispositive motions order* | *By March 21, 2025* |
| Phase III narrowing per Dkt. 208<br>Plaintiffs to narrow to 6 patents / 24 claims | March 28, 2025 |
| Defendant to narrow to 24 positions | April 4, 2025 |
| Phase IV narrowing per Dkt. 208<br>Plaintiffs to narrow to 4 patents / 16 claims | April 23, 2025 |
| Defendant to narrow to 16 positions | April 28, 2025 |
| Trial Filings (First Round) | May 1, 2025 |
| Trial Filings (Second Round) | May 15, 2024 |
| Final Pretrial Conference | May 30, 2025, at 11:00 a.m. |
| Trial | June 16, 2025, at 8:30 a.m. |

**IT IS SO ORDERED**.