SALIL BALI, State Bar No. 263001
  sbali@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: 949.725.4000
Facsimile: 949.725.4100

ZIYONG SEAN LI, State Bar No. 289696
  sli@beneschlaw.com
GREGORY CARL PROCTOR, State Bar No. 311214
  gproctor@beneschlaw.com
BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
100 Pine Street, Suite 3100
San Francisco, CA 94111
Telephone: 628.600.2250
Facsimile: 628.221.5828

KAL SHAH (admitted *pro hac vice*)
  kshah@beneschlaw.com
SIMEON G. PAPACOSTAS (admitted *pro hac vice*)
  spapacostas@beneschlaw.com
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 S. Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312.212.4949
Facsimile: 312.767.9192

*Attorneys for Defendant, Feit Electric Co., Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEOUL SEMICONDUCTOR CO., LTD., a Korean corporation, SEOUL VIOSYS CO., LTD., a Korean corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FEIT ELECTRIC CO., INC.,<br><br>Defendant. | CASE NO. 2:22-cv-05097-AB-SHK<br><br>Honorable Andre Birotte Jr.<br>Magistrate Shashi H. Kewalramani<br><br>**DECLARATION OF GREGORY C. PROCTOR IN SUPPORT OF DEFENDANT FEIT ELECTRIC'S MOTION TO ENFORCE THE COURT'S ORDER (DKT. 265) AND FOR SANCTIONS**<br><br>*FAC Filed: December 21, 2022* |

I, Gregory C. Proctor, declare as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to the United States District Court for the Central District of California. I am an Attorney with the law firm Benesch, Friedlander, Coplan & Aronoff, LLP, counsel of record for Defendant Feit Electric Co., Inc. I make this declaration of my own personal knowledge, and if called as a witness in this action, I would and could testify completely to the matters stated herein.

2. On September 26, 2024, I and co-counsel Salil Bali of Stradling Yocca Carlson & Rauth, representing Defendant Feit Electric, and Kevin Kudlac, representing Plaintiffs, met and conferred regarding Plaintiffs' September 5, 2024 Disclosure of Duplicative Bates Ranges Pursuant to Dkt. 265, during which Feit Electric explained that Plaintiffs' disclosure failed to comply with Dkt. 265 by re-producing information struck in that order. Plaintiffs' counsel responded that Exhibit 1 to the disclosure was not meant to include a one-to-one overlap of duplicate documents and that the Bates ranges for the June Production listed on Exhibit 1 also included documents that Plaintiffs knew were not duplicates of previously produced documents. Plaintiffs' counsel further committed to providing an additional disclosure of Bates ranges of documents relating to products other than the 51 accused products, but would not agree to withdraw Exhibit 1 from their disclosure. Because the parties were unable to resolve their dispute, Feit Electric requested a hearing before the Special Master.

3. Attached as Exhibit A are excerpts from a true and correct copy of the transcript from the October 1, 2024, Conference Hearing in the above captioned case.

4. Attached as Exhibit B is a true and correct copy of Plaintiffs' Disclosure of Duplicative Bates Ranges Pursuant to Dkt. 265, dated September 5, 2024.

/ / /

5. Attached as Exhibit C is a true and correct copy of Exhibit 1 to Plaintiffs' Disclosure of Duplicative Bates Ranges Pursuant to Dkt. 265.

6. Attached as Exhibit D is a true and correct copy of Exhibit 2 to Plaintiffs' Disclosure of Duplicative Bates Ranges Pursuant to Dkt. 265.

7. Attached as Exhibit E is a true and correct copy of Exhibit 3 to Plaintiffs' Disclosure of Duplicative Bates Ranges Pursuant to Dkt. 265.

8. Attached as Exhibit F is a true and correct copy of an email correspondence thread between counsel for Defendant and Plaintiffs, with the most recent email being dated September 19, 2024.

9. Attached as Exhibit G is a true and correct copy of an email correspondence thread between counsel for Defendant and Plaintiffs, with the most recent email being dated September 24, 2024.

10. Attached as Exhibit H is a true and correct copy of an email correspondence thread between counsel for Defendant and Plaintiffs, with the most recent email being dated September 25, 2024.

11. Attached as Exhibit I is a true and correct copy of an email correspondence thread between counsel for Defendant and Special Master Olson, with the most recent email being dated September 25, 2024.

12. Attached as Exhibit J is a true and correct copy of an email correspondence thread between counsel for Defendant and Special Master Olson, with the most recent email being dated September 26, 2024.

13. Attached as Exhibit K is a true and correct copy of Plaintiffs' Amended Disclosure of Duplicative Bates Ranges Pursuant to Dkt. 265, dated October 1, 2024.

14. Attached as Exhibit L is a true and correct copy of Exhibit 1 to Plaintiffs' Amended Disclosure of Duplicative Bates Ranges Pursuant to Dkt. 265.

15. Attached as Exhibit M is a true and correct copy of Exhibit 2 to Plaintiffs' Amended Disclosure of Duplicative Bates Ranges Pursuant to Dkt. 265.

16. Attached as Exhibit N is a true and correct copy of Exhibit 3 to Plaintiffs' Amended Disclosure of Duplicative Bates Ranges Pursuant to Dkt. 265.

17. Attached as Exhibit O is a true and correct copy of Exhibit 4 to Plaintiffs' Amended Disclosure of Duplicative Bates Ranges Pursuant to Dkt. 265.

18. Attached as Exhibit P is a true and correct copy of the document bearing bates number SSC_FEIT00169517 and a screenshot capture of the accompanying metadata as viewed through the Everlaw review platform.

19. Attached as Exhibit Q is a true and correct copy of the document bearing bates number SSC_FEIT00038080 and a screenshot capture of the accompanying metadata as viewed through the Everlaw review platform.

20. Attached as Exhibit R is a true and correct copy of the document bearing bates number SSC_FEIT00179002 and a screenshot capture of the accompanying metadata as viewed through the Everlaw review platform.

21. Attached as Exhibit S is a true and correct copy of the document bearing bates number SSC_FEIT00171298 and a screenshot capture of the accompanying metadata as viewed through the Everlaw review platform.

22. Attached as Exhibit T is a true and correct copy of the document bearing bates number SSC_FEIT00058235 and a screenshot capture of the accompanying metadata as viewed through the Everlaw review platform.

23. Attached as Exhibit U is a true and correct copy of the document bearing bates number SSC_FEIT00069405 and a screenshot capture of the accompanying metadata as viewed throughg the Everlaw review platform.

24. Attached as Exhibit V is a true and correct copy of the document bearing bates number SSC_FEIT00184496 and a screenshot capture of the accompanying metadata as viewed through the Everlaw review platform.

25. Attached as Exhibit W is a true and correct copy of an email correspondence thread between counsel for Defendant and Special Master Olson, with the most recent email being dated October 4, 2024.

26. Attached as Exhibit X is a true and correct copy of an email correspondence thread between counsel for Defendant and Special Master Olson, with the most recent email being dated October 7, 2024.

27. Attached as Exhibit Y are excerpts from a true and correct copy of the transcript from the October 8, 2024, Hearing in the above captioned case.

28. Attached as Exhibit Z is a true and correct copy of an email correspondence thread between counsel for Defendant and Plaintiffs, with the most recent email being dated October 9, 2024.

29. Attached as Exhibit AA is a true and correct copy of an email correspondence thread between counsel for Defendant and Plaintiffs, with the most recent email being dated October 14, 2024.

30. Attached as Exhibit BB is a true and correct copy of an email correspondence thread between counsel for Defendant and Plaintiffs, with the most recent email being dated October 15, 2024.

31. Attached as Exhibit CC is a true and correct copy of an email correspondence thread between counsel for Defendant and Plaintiffs, with the most recent email being dated October 10, 2024.

32. Attached as Exhibit DD is a true and correct copy of an email correspondence thread between counsel for Defendant and Plaintiffs, with the most recent email being dated October 18, 2024.

33. Attached as Exhibit EE is a true and correct copy of an email correspondence thread between counsel for Defendant and Plaintiffs, with the most recent email being dated October 23, 2024.

34. Attached as Exhibit FF is a true and correct copy of an email correspondence thread between counsel for Defendant and Plaintiffs, with the most recent email being dated October 25, 2024.

/ / /

/ / /

1  I declare under penalty of perjury under the laws of the State of California
2  and the United States of America that the foregoing is true and correct. Executed
3  this 25th day of October, 2024, in St. Petersburg, Florida.

   */s/ Gregory C. Proctor*
   Gregory C. Proctor