# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEOUL SEMICONDUCTOR CO., LTD., a Korean corporation, SEOUL VIOSYS CO., LTD., a Korean corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FEIT ELECTRIC CO., INC.,<br><br>Defendant. | CASE NO. 2:22-cv-05097<br><br>Honorable Andre Birotte Jr<br>Magistrate Shashi H. Kewalramani<br><br>**ORDER GRANTING DEFENDANT FEIT ELECTRIC CO., INC.'S APPLICATION TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF MOTION TO STRIKE UNTIMELY FACT DISCOVERY AND DECLARATIONS (ECF NO. 296)**<br><br>*Complaint Filed: July 7, 2022*<br>*FAC Filed: December 21, 2022* |

On December 27, 2024, Defendant Feit Electric Company, Inc. ("Feit Electric") filed an Application to File Motion to Strike Untimely Fact Discovery and Declarations ("Motion to Strike") and certain supporting documents under seal. ECF No. 286. The Court granted the first Application on January 6, 2025. ECF No. 293. In connection with the Reply in support of the Motion to Strike, Feit Electric filed a second Application to Seal. ECF No. 296. In support, Feit Electric filed the sealed Declaration of Simeon Papacostas (ECF No. 297), and Plaintiffs Seoul Semiconductor Co., Ltd., et al. filed the Declaration of Jonathan Auerbach (ECF No. 315).

A review of the second Application and supporting declarations demonstrates good cause for keeping the requested materials sealed. Like the Motion to Strike materials for which the Court has already granted sealing, the requested materials reflect discussions and explanations of proprietary, commercially sensitive, and competitive information, the disclosure of which could be used improperly by third parties. *See Kamakana v. City & Cty. Of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (sealing permitted to prevent use for "improper purposes" such as "release[ing] trade secrets") (citing *Nixon v. Warner Commc's Inc.*, 435 U.S. 589, 598 (1978)). The requested materials also contain "sources of business information that might harm a litigant's competitive standing." *Nixon*, 435 U.S. at 598. As such, the Court finds good cause for keeping the narrowly tailored proposed redacted portions of the motion and accompanying documents sealed.

\\\
\\\
\\\
\\\
\\\
\\\

      Accordingly, the Court **GRANTS** Feit Electric's second Application to file under seal the unredacted Reply in support of the Motion to Strike (ECF No. 298) and the unredacted copies of Exhibits U, V, W, X, and Z, attached to the Declaration of Gregory Proctor in support thereof.

**IT IS SO ORDERED.**

Dated: February 4, 2025

                                                      André Birotte, Jr.
                                                     United States District Court Judge