# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Seoul Semiconductor Co., Ltd. et al <br><br> PLAINTIFF(S) <br><br> v. <br><br> FEIT Electric Co., Inc. <br><br> DEFENDANT(S). | **CASE NUMBER:** <br><br> 2:22-cv-05097-AB-SHKx <br><br> **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 5/30/2024 | 223 | Application of Non–Resident Attorney |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- [✓] The document is stricken
- [ ] The hearing date has been rescheduled to _____ at _____.
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [ ] Other:

Dated: 4/8/2025

By: _(signature)_

U.S. District Judge / U.S. Magistrate Judge